**LAMA DRILLING CO., INC.,**
Plaintiff-Appellant,

v.

**LATHAM EXPLORATION CO., INC.,**
Defendant-Appellee.

**James A. LATHAM, Plaintiff-Appellant,**

v.

**LATHAM EXPLORATION CO., INC.,**
Defendant-Appellee.

**HABITATION LE CLERC, INC.,**
Plaintiff-Appellant,

v.

**LATHAM EXPLORATION CO., INC.,**
Defendant-Appellee.

**SILVERKEY DRILLING COMPANY, INC., Plaintiff-Appellant,**

v.

**LATHAM EXPLORATION CO., INC.,**
Defendant-Appellee.

**LATHAM EMPLOYEES TRUST FUND,**
Plaintiff-Appellant,

v.

**LATHAM EXPLORATION CO., INC.,**
Defendant-Appellee.

No. 87–4421
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 1, 1987.

Mark E. Gilliam, Wilkinson, Carmody & Gilliam, Shreveport, La., for plaintiff-appellant.

James Hill, III, Donald Lee Brice, Jr., Shreveport, La., for defendant-appellee.

Before GEE, JOHNSON, and GARWOOD, Circuit Judges.

PER CURIAM:

As the district court correctly noted, in reviewing actions taken by such a court in its *appellate* function—actions such as the dismissal in today's case—we have announced that we affirm unless the court has clearly abused its discretion. *In the Matter of Braniff Airways, Inc.*, 774 F.2d 1303, 1305 (5th Cir.1985). For the reasons well stated in the court's "Memorandum Ruling" filed May 11, 1987, there was no abuse of the court's discretion here; and for us to meddle in its disposition would be, as our Brother Rubin has gracefully stated in *Braniff,* to "deny in action what we have announced as precept." *Id.*

AFFIRMED.